ORIGINAL

VENTURA_F.ref

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America



**FILED**
DISTRICT COURT OF GUAM

APR 26 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00061 |
| Plaintiff, | ) | |
| v. | ) | PETITION TO REFUND OVERPAYMENT OF FINE |
| FEDERICO ROSARIO VENTURA, | ) | |
| Defendant. | ) | |

PETITION

On November 9, 2004, Defendant FEDERICO ROSARIO VENTURA was sentenced, among other things, to pay a $100.00 special assessment fee and a fine in the amount of $15,000.00. Interest accrued on the fine at the legal interest rate of 2.53 percent  Plaintiff petitions the Court to refund the overpaid portion of the fine imposed against the Defendant:

1. The following assessment fee was imposed against Defendant:

   $   100.00   Amount of assessment fee

   $15,000.00   Amount of Fine

   $   488.97   Amount of Fine Interest

   $15,694.66   Amount collected (see attachment A)

   $   105.69   Amount overpaid

2. Plaintiff respectfully requests that the Court refund the full amount of overpayment by issuing a check in the amount of $105.69 to Federico Rosario Ventura and mailing the check to his last known address.

3. Plaintiff further requests that any future payments made by defendant be refunded to him.

DATED this 25th day of April, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

# Criminal Case No. 99-00061
## U.S.A. vs. Frederico Rosario Ventura

## PAYMENT RECORD

| Date | Receipt No. (Annotate if BOP payment) | Type Payment (Assessment/Restitution/Fine) | Payment Amount | Total Payment |
|---|---|---|---|---|
| 05/11/05 | GUD-BOP | Assessment | $ 25.00 | $ 25.00 |
| 06/08/05 | GUD-BOP | Assessment | 25.00 | 50.00 |
| 08/03/05 | GUD-BOP | Assessment | 50.00 | 100.00 |
|  |  | Fine | 48.00 | 148.00 |
| 09/06/05 | GUD-BOP | Fine | 98.00 | 246.00 |
| 10/12/05 | GUD-BOP | Fine | 98.00 | 344.00 |
| 11/08/05 | GUD-BOP | Fine | 98.00 | 442.00 |
| 12/07/05 | GUD-BOP | Fine | 98.00 | 540.00 |
| 01/17/06 | GUD-BOP | Fine | 98.00 | 638.00 |
| 02/08/06 | GUD-BOP | Fine | 98.00 | 736.00 |
| 03/10/06 | GUD-BOP | Fine | 98.00 | 834.00 |
| 03/16/06 | 28284 | Fine | 14,860.66 | 15,694.66 |
|  |  |  |  |  |

VERIFIED BY: _____

