LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 99-00061 |
| Plaintiff, | |
| v. | O R D E R |
| FEDERICO ROSARIO VENTURA, | Re: United States Petition to Refund Overpayment of Fine |
| Defendant. | |

Based upon the Plaintiff's Petition to Refund Overpayment of Fine, the Court hereby orders the Clerk of Court to refund to the Defendant the overpaid portions of the fine in the amount of $105.69, by mailing a check to his last known address as provided by the Plaintiff. Any and all future payments made by the Defendant shall be refunded to him.

**SO ORDERED** this 27th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL