# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-00061-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| FEDERICO R. VENTURA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     On November 9, 2004, 2008, Federico R. Ventura was sentenced in the District Court of Guam for Conspiracy to Import Methamphetamine, in violation of 21 U.S.C. §§952(a), 960, and 963. He received a sentence of 51 months imprisonment, with credit for time served and a supervised release term of five years.

     On February 29, 2008, Mr. Ventura's supervised release term commenced. His conditions include that he comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from custody and to two periodic drug tests thereafter, as determined by the Court; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; participate in a program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse and to pay all or part of the costs of the program on the ability to pay as determined by the U.S. Probation Office; refrain from the use of any and all alcoholic beverages; pay a $100 special assessment fee; and pay a $15,000 fine.

     On April 11, 2008, Mr. Ventura submitted a request to travel to Pangasinan, Republic of the Philippines, for a medical check-up and to visit his 90 year-old mother. His proposed dates of travel are from May 4, 2008 to May 18, 2008..

Request to Travel
Re:     VENTURA, Federico R.
Criminal Case No. 99-00061-001
April 24, 2008
Page 2

       To date, Mr. Ventura has been compliant with his supervised release conditions.  He paid his $100 special assessment fee on August 3, 2005 and  paid his $15, 000 fine in full on March 16, 2006.  This Officer supports his travel request and seeks Court approval.

                                                         Respectfully submitted,

                                                         ROSSANNA VILLAGOMEZ-AGUON
                                                         Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
                                    U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
            U.S. Probation Officer Specialist
               Supervision Unit Leader

cc:     File

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Federico R. Ventura**
Criminal Case No. 99-00061-001
SS# XXX-XX-3118
DOB: XX-XX-1954
HT: 5'2" WT: 115 lbs



DATE: **April 24, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO **Pangasinan, Republic of the Philippines**

LEAVING **May 4, 2008** AND RETURNING **May 18, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:
**Medical check-up and to visit mother.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in Pangasinan, Republic of the Philippines;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodation/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

**5. You are to provide medical documentation of your diagnosis and any recommended course of treatment upon your return**.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME
ADDRESS

☐ APPROVED    ☐ DISAPPROVED