| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Federico R. Ventura**
Criminal Case No. 99-00061-001
SS# XXX-XX-3118
DOB: XX-XX-1954
HT: 5'2" WT: 115 lbs



DATE: **April 24, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO **Pangasinan, Republic of the Philippines**

LEAVING **May 4, 2008** AND RETURNING **May 18, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:
**Medical check-up and to visit mother.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in Pangasinan, Republic of the Philippines;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodation/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

**5. You are to provide medical documentation of your diagnosis and any recommended course of treatment upon your return**.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME _____  [X] APPROVED   [ ] DISAPPROVED
ADDRESS _____

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Apr 25, 2008